AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

Ryan Greenlee, et al.,

*Plaintiff,*

v.

Case No. 5:13-cv-10027-JCO-RSW
Hon. John Corbett O'Meara

New England Compounding Pharmacy,
Inc., et al.,

*Defendant.*

### SUMMONS IN A CIVIL ACTION

To: Ameridose, LLC.

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        Terry L. Cochran
        15510 Farmington Road
        Livonia, MI
        48154

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By: s/ K Krawczyk
     *Signature of Clerk or Deputy Clerk*



Date of Issuance: January 4, 2013

AO 440 (Rev. 12/09) Summons in a Civil Action

## Summons and Complaint Return of Service

Case No. 5:13-cv-10027-JCO-RSW
Hon. John Corbett O'Meara

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Defendant Served:   Ameridose, LLC.

Date of Service:   January 15, 2013

### Method of Service

____ Personally served at this address:

____ Left copies at defendant's usual place of abode with (name of person):

☑ Other (specify): Certified Mail, Return Receipt Requested to Ameridose, LLC., Registered Agent: George Conligaro, 205 Flanders Road, Westborough, MA 01581

____ Returned unexecuted (reason):

**Service Fees:**   Travel $_____   Service $_____   Total $_____

### Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:   Stephanie MacLean

Signature of Server:   *Stephanie MacLean*

Date:   January 22, 2013

Server's Address:   15510 Farmington Road, Livonia, MI 48154

**2. Article Number**

7196 9008 9040 1422 9092

**3. Service Type** CERTIFIED MAIL™

**4. Restricted Delivery?** *(Extra Fee)* ☐ Yes

**1. Article Addressed to:**

Ameridose, LLC.
Registered Agent
George Conligaro
205 Flanders Road
Westborough, MA 01581

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly): Frey Burns
B. Date of Delivery: 1-15-13
C. Signature: X [signature]
☐ Agent
☐ Addressee
D. Is delivery address different from item 1? ☐ Yes ☐ No
If YES, enter delivery address below:

Reference Information

PS Form 3811, January 2005    Domestic Return Receipt