UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RYAN GREENLEE
and MARINA GREENLEE,

      Plaintiffs,

vs.

NEW ENGLAND COMPOUNDING
PHARMACY, INC., a/k/a NEW ENGLAND
COMPOUNDING CENTER and
AMERIDOSE, LLC, Jointly and Severally,

      Defendants.

CASE NO. 5:13-cv-10027-JCO-RSW

HON. JOHN CORBETT O'MEARA

**DEFENDANT AMERIDOSE, LLC'S
CORPORATE DISCLOSURE
STATEMENT**

---

COCHRAN FOLEY & ASSOCIATES, P.C.
BY: TERRY L. COCHRAN (P35890)
Attorney for Plaintiffs
15510 Farmington Road
Livonia, MI  48154
(734) 425-2400; (734) 425-7885-fax
tcochran@cochranfoley.com

WORSFOLD MACFARLANE MCDONALD
PLLC
BY: CHARLES H. WORSFOLD (P26949)
Attorney for Defendant Ameridose. LLC
1001 Monroe Avenue, N.W.
Grand Rapids, MI  49503
(616) 977-9200; (616) 977-9201-fax
cworsfold@wmmattorneys.com

---

    Defendant, Ameridose, LLC, pursuant to Federal Rule of Civil Procedure 7.1, makes the following corporate disclosure:

    Ameridose does not have any parent corporation and no publicly-held corporation owns 10% or more of Ameridose's stock.

Dated: February 5, 2013

                      s/Charles H. Worsfold
                      Worsfold Macfarlane McDonald PLLC
                      Attorneys for Defendant Ameridose, LLC
                      1001 Monroe Avenue, N.W.
                      Grand Rapids, MI 49503
                      (616) 977-9200
                      cworsfold@wmmattorneys.com