UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION



RYAN GREENLEE, and MARINA GREENLEE,

    Plaintiffs,

v.

NEW ENGLAND COMPOUNDING PHARMACY, INC., d/b/a NEW ENGLAND COMPOUNDING CENTER, and AMERIDOSE, L.L.C.,

    Defendants.
_____/

CIVIL ACTION NO. 13-10027

HON. JOHN CORBETT O'MEARA

**ORDER OF REMOVAL OF ACTION AS A PENDING MATTER AS TO DEFENDANT NEW ENGLAND COMPOUNDING PHARMACY, INC., ONLY**

The court, having been informed by the January 8, 2013 filing of a Notice of Stay by reason of Bankruptcy, that Defendant New England Compounding Pharmacy, Inc. d/b/a New England Compounding Center ("NECC") filed a voluntary petition for relief in the United States Bankruptcy Court for the District of Massachusetts (Eastern Division) thereby commencing a stay of proceedings in this civil action pursuant to 11 U.S.C.§ 362; and it further appearing to the court that such a stay will remain in effect for a substantial period of time; and there appearing to be no further reason at this time to maintain the file as an open one, as to Defendant New England Compounding Pharmacy, only, for statistical purposes;

**IT IS HEREBY ORDERED** that the Clerk of the Court close this matter, as to Defendant New England Compounding Pharmacy, only, for statistical purposes. Nothing contained in this order or the related docket entry shall be considered a dismissal or disposition of this matter, and, should further proceedings become necessary or desirable, any party may initiate them upon termination of the stay of proceedings in the same manner as if this order had not been entered and the court will order that the matter be reopened for statistical purposes.

Date: February 12, 2013

John Corbett O'Meara
United States District Judge