UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RYAN GREENLEE and
MARINA GREENLEE,

             Plaintiffs,                      Case no. 13-10027

v.                                    Honorable John Corbett O'Meara

AMERIDOSE, L.L.C.,

             Defendant.

_____/

<u>AMENDED NOTICE OF SCHEDULING CONFERENCE OR FILING RULE 26(f) PLAN</u>

You are hereby scheduled to appear on: <u>March 13, 2013 at 10:00 a.m.</u> (**unless a Rule 26(f) Plan is filed**) before Honorable John Corbett O'Meara, 200 E. Liberty Street, Suite 400, Ann Arbor, Michigan 48104, for a scheduling conference.

Prior to the above date, Plaintiff is directed to convene a conference with all counsel for the purpose of preparing a joint discovery plan in accordance with Fed.R.Civ.P. 26(f), and LR 5.1.1.  If a joint discovery plan is agreed upon, it must be electronically filed with the Court at **least three days prior to the scheduling conference.**

**<u>IF A RULE 26(f) PLAN IS FILED, THE SCHEDULING CONFERENCE WILL BE AUTOMATICALLY CANCELLED AND A SCHEDULING ORDER WILL BE ISSUED BY THE COURT</u>.**

If the parties cannot agree upon a plan, each side should bring a proposed plan to the conference, and be prepared to discuss the following:

1. A brief summary of the case and issues
2. Subject matter jurisdiction
3. Relationship, if any, to other cases
4. Amount of time necessary for the discovery process - generally up to six months from the date of the conference is allowed by the Court
5. Necessity of amendments to pleadings; additional parties, third-party complaints, expert testimony, etc.
6. Anticipated motions
7. Use of Case Evaluation (see L.R. 16.3) or other methods of alternate dispute resolution.
8. The estimated length of trial.

<u>Please note</u>:

SCHEDULING CONFERENCE: At the request of the parties, **the conference may be done telephonically**.  The attorney who is initiating the call shall inform the court that the conference will be by phone.  Once all parties are on conference, please call the Case Manager at the number below.

PRACTICE GUIDELINES: Judge O'Meara's practice guidelines are available on the Court's website.

**http:www.mied.uscourts.gov/_practices/Omeara/toc.htm**

<u>Certificate of Service</u>

I hereby certify that on February 13, 2013 a copy of this notice was served upon counsel of record using the ECF system.

<u>s/William Barkholz</u>
Case Manager, 734.741.2488